UNITED STATES of America, Plaintiff-Appellee

v.

Joe Damien MAGALLAN, Defendant-Appellant

No. 16-40897
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed January 13, 2017

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Joe Damien Magallan, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges

PER CURIAM: *

The Federal Public Defender appointed to represent Joe Damien Magallan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. Cali-*

*fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Magallan has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.